AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FID: 11482101



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAIME ROSADO FONTANEZ | ) Case No. 1:22CR303-3 | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAIME ROSADO FONTANEZ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute cocaine hydrochloride in violation of 21:846 and 841(b)(1)(A)
Possession with intent to distribute 500 grams or more of cocaine hydrochloride in violation of 21:841(a)(1) and (b)(1)(B)

***The United States Attorney requests a detention hearing***

Date: 09/27/2022

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/26/2023, and the person was arrested on *(date)* 4/26/2023
at *(city and state)* WINSTON-SALEM, NC.

Date: 4/26/2023

RECEIVED
U.S. MARSHALS SERVICE
Sep 28 2022
MIDDLE DISTRICT OF N.C.
GREENSBORO

*Arresting officer's signature*

BRIAN DEXTER SPECIAL AGENT
*Printed name and title*