IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:22CR303-3 |
| | : | |
| JAIME ROSADO FONTANEZ | : | |

## JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, Counsel for the defendant and Counsel for the Government inform the Court as follows:

☐ A plea agreement has been signed and filed.

☒ The parties have agreed on a plea agreement and a written plea agreement will be filed no later than July 7, 2023.

☐ The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*

☐ the defendant consents to a video conference Rule 11 hearing.
☐ the defendant consents to a teleconference Rule 11 hearing.
☒ the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☐ The matter is not ready for Rule 11 hearing or trial because:

☐ there is a pending motion which must be resolved. The motion is on the docket at.
the motion    ☐ does    ☐ does not
require a hearing at which the defendant must be present.
☐ there are outstanding discovery issues which must be resolved.
☐ _____

☐ The defendant does not intend to plead guilty and the case needs to be set for jury trial.

☒ The parties have discussed the requirements of the Speedy Trial Act and
  ☐ the Government ☐ has filed ☐ intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.
  ☒ there are no Speedy Trial Act issues unless the expected Rule 11 hearing cannot be completed before September 25, 2023.
  ☐ there are no Speedy Trial Act issues.

☐ Other information relevant to scheduling: _____.

☐ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety: _____.

This, the 28th day of June, 2023.


/S/ DYLAN W. GREENWOOD　　　　　/S/ RANDALL S. GALYON
DYLAN W. GREENWOOD　　　　　　RANDALL S. GALYON
Counsel for Defendant　　　　　　　Counsel for Government