IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRSICT OF NORTH CAROLINA

```
UNITED STATE OF AMERICA      :
                             :
        v.                   :         No. 1:22CR303-3
                             :
JAIME ROSADO FONTANEZ        :
```

NOTICE OF APPEARANCE

NOW COMES Morgan Bennett of the law firm Greenwood Law, located at 119 Brookstown Ave, Suite 300, Winston-Salem, North Carolina 27101, and enter her Notice of Appearance as counsel for Defendant, Jaime Rosado Fontanez, in the above-captioned matter.

Respectfully submitted this 14th day of July, 2023.

/s/Morgan Bennett
Attorney for Defendant
North Carolina State Bar No. 45914
119 Brookstown Ave, Suite 300
Winston-Salem, NC 27101
(336) 661-8788
Email: morgan@dwg-law.com

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRSICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | |
| | : | |
| v. | : | No. 1:22CR303-3 |
| | : | |
| JAIME ROSADO FONTANEZ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:    Randall Galyon
Assistant United States Attorney

/s/Morgan Bennett
Attorney for Defendant
North Carolina State Bar No. 45914
119 Brookstown Ave, Suite 300
Winston-Salem, NC 27101
(336) 661-8788
Email: morgan@dwg-law.com

2