IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
: 1:22CR303
v. :
:
FREDDIE WAYNE HUFF, II, et al. :

## AFFIDAVIT OF SERVICE

The undersigned, being first duly sworn, deposes and says:

1. That she is an employee in the Office of the United States Attorney for the Middle District of North Carolina and is a person of such age and discretion as to be competent to serve process.

2. That Preliminary Orders of Forfeiture were entered on April 14, 2023, July 5, 2023, and September 20, 2023.

3. That on October 27, 2023 copies of the Preliminary Orders and Notice of Forfeiture were deposited in the United States Mail for mailing by certified mail, return receipt requested, to the following: Michael Sosa, c/o Stuart Teeter, Esq., The Teeter Law Firm, 315 N. Spruce St., Suite 275, Winston-Salem, North Carolina, 27101.

4. That the United States Postal Service delivery confirmation and tracking data from its online website (www.usps.com), 7021 0350 0001 6317 2648, showing said documents were delivered on October 30, 2023, and is attached hereto and made a part of this Affidavit.

5. Accordingly, the United States of America has sent direct notice of this action by means reasonably calculated to reach Michael Sosa pursuant to Rule G(4)(b).

This the 29th day of February, 2024.

SANDRA J. HAIRSTON
United States Attorney

*(signature)*

Lynne P. Klauer
Assistant United States Attorney

SWORN TO AND SUBSCRIBED before me, this the 29th day of February, 2024.

*(signature)*
Notary Public

My Commission Expires: Oct. 22, 2028

LAURIE B LOCHNER
Notary Public
Randolph County, NC
My Commission Expires 10-22-2028

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70210350000163172648

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:17 pm on October 30, 2023 in WINSTON SALEM, NC 27101.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WINSTON SALEM, NC 27101
October 30, 2023, 4:17 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

Text & Email Updates    ⌄

---

USPS Tracking Plus®    ⌄

---

Product Information    ⌄

---

See Less ∧

**Track Another Package**

[ Enter tracking or barcode numbers ]

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Sus Simars    C. Date of Delivery: 10/30/23 |
| 1. Stuart Teeter, Esq.<br>The Teeter ▓▓▓ Firm<br>315 N. Spruce St., Suite 275<br>Winston-Salem, NC 27101 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 8123 2349 4140 16 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ▓▓ Mail<br>☐ ▓▓ Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 0350 0001 6317 2648 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |